UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA | : | No. 2:11-CR-208 |
| --- | --- | --- |
| vs. | : | JUDGE GREGORY L. FROST |
| GREGORY RASHAD HOWARD | : | |

## ORDER

This matter has come before the Court on Defendant Gregory Howard's Motion to Amend Judgment. The Court having considered the matter and being duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the motion should be and the same is hereby GRANTED; and it is further

ORDERED the judgment entry shall accurately reflect this Court's ruling of December 9, 2011 that Mr. Howard's sentence is six months in the custody of the Bureau of Prisons to be run concurrently to the remaining sentence imposed on case #2:06 CR 241(1), as well as any state court sentence; and it is further

ORDERED that Mr. Howard receive jail time credit from July 8, 2011 to December 9, 2011.

Done and ordered this 28th day of December, 2011.

_____
United States District Judge